IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBRA L. GLANTON,

    Plaintiff,

v.                                                                      1:14cv106–WS–GRJ

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,

    Defendant.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 6, 2015.  See Doc. 19.  The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for disability insurance benefits be affirmed.  The plaintiff has filed objections (doc. 22) to the magistrate judge's report and recommendation.

The court having considered the record in light of the plaintiff's objections, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 19) is ADOPTED and incorporated by reference into this order.

2. The plaintiff's request for oral argument (doc. 22) is DENIED.

3. The Commissioner's denial of the plaintiff's application for disability insurance benefits is AFFIRMED.

4. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED and this action is DISMISSED."

DONE AND ORDERED this   4th   day of   September  , 2015.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE